

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2022- 5715   DIVISION " "   C-10   SECTION: 

WALTER COOK

-versus-

UNITED PARCEL SERVICE, INC. AND
LIBERTY MUTUAL FIRE INSURANCE COMPANY

**SECTION 10**

FILED: _____

CHELSEY RICHARD NAPOLEON
CLERK, CIVIL DISTRICT COURT
DEPUTY CLERK

402 CIVIL COURTS BUILDING
421 LOYOLA AVENUE - ROOM 402
NEW ORLEANS, LA 70112

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Walter Cook, individually and a person of the full age of majority and a resident of the Parish of Orleans, State of Louisiana and respectfully represents:

1.

Defendant, United Parcel Service, Inc. ("UPS") is a foreign corporation authorized to do and doing business in the Parish of Orleans, State of Louisiana.

2.

Defendant, Liberty Mutual Fire Insurance Company ("Liberty Mutual") is a foreign insurer authorized to do and doing business in this Parish and State. At all times pertinent hereto Liberty Mutual had in full force and effect a policy of insurance issued to UPS, which policy afforded liability insurance coverage to defendant herein.

3.

On June 18, 2022, Petitioner, Walter Cook, who was a guest passenger in a 2002 Buick Rendevous, being driven by Austin Roberts was proceeding down Chef Menteur Highway in New Orleans, Louisiana in the left lane after exiting the Danziger Bridge when the vehicle he was traveling in proceeded through a green turn light when all of a sudden he was struck by an 18 wheeler, on the passenger side owned and operated by UPS.



Page 1

4.

As a direct result of the accident hereinabove described, Walter Cook, sustained severe and disabling injuries which has required ongoing medical treatment.

5.

The accident hereinabove described was caused through no fault of petitioner, but solely through the negligence of defendant, UPS under the doctrine of *respondeat superior.* Said negligence consists of, but it is not limited to the following, to-wit:

    a.    Failing to stop;

    b.    Speeding;

    c.    Driving in a careless and reckless manner;

    d.    Failing to maintain reasonable vigilance; and

    e.    Any and all other acts of negligence which may be shown at the time of trial in this matter.

6.

Petitioner itemizes his damages as follows, for which he seeks recovery from defendants herein:

    a.    Past, present and future pain, suffering and mental anguish caused to Walter Cook as a result of the severe and disabling injuries sustained; and

    b.    Past, present and future medical expenses and related costs;

**WHEREFORE,** petitioner, Walter Cook prays that the defendants be served with a copy of this petition, and be duly cited to appear and answer same within the time prescribed by law, and that after all due proceedings had, that there be judgment rendered herein in favor of petitioner, and against defendants, United Parcel Service, Inc. and Liberty Mutual Fire Insurance Company, jointly, severally, and *in solido,* in an amount to be determined by this Honorable Court, together with legal interest thereon from date of judicial demand until paid, and all costs of these proceedings.

Petitioner further prays for such other and further relief as this Honorable Court may deem appropriate in the premises

Respectfully submitted,

**GERALD WASSERMAN, L.L.C.**

By: *Gerald Wasserman*
GERALD WASSERMAN (#13253)
3939 N. Causeway Blvd., Suite 200
Metairie, LA 70002
Tel:   (504) 846-5700  Fax: (504) 846-5719
Email: galynn@wasslawfirm.com

**PLEASE SERVE:**

**UNITED PARCEL SERVICE, INC.**
**Through its registered agent for service of process**
**Corporation Service Company**
501 Louisiana Avenue
Baton Rouge, LA 70802

**LIBERTY MUTUAL FIRE INSURANCE COMPANY**
**Through its registered agent for service of process**
**Secretary of State**
8549 United Plaza Blvd.
Baton Rouge, LA 70809

ATTORNEY'S NAME: Wasserman, Gerald D 13253
AND ADDRESS: 3939 N. Causeway Blvd., Suite 200, Metairie, LA 70002

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2022-05715 | DIVISION: C | SECTION: 10 |
|---|---|---|

### COOK, WALTER

### Versus

### UNITED PARCEL SERVICE, INC. ETAL ET AL

### CITATION

TO: LIBERTY MUTUAL FIRE INSURANCE COMPANY

THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: SECRETARY OF STATE
8549 UNITED PLAZA BLVD., BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA July 6, 2022**

| Clerk's Office, Room 402<br>Civil Courts Building<br>421 Loyola Avenue<br>New Orleans, LA 70112 | CHELSEY RICHARD NAPOLEON, Clerk of<br>The Civil District Court<br>for the Parish of Orleans<br>State of LA<br>by _____<br>Tyme Jones, Deputy Clerk |
|---|---|

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of ____ served a copy of the within Petition for Damages ON LIBERTY MUTUAL FIRE INSURANCE COMPANY THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: SECRETARY OF STATE<br>Returned the same day<br>No. ____<br>Deputy Sheriff of ____<br>Mileage: $ ____ | On this ____ day of ____ served a copy of the within Petition for Damages ON LIBERTY MUTUAL FIRE INSURANCE COMPANY THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: SECRETARY OF STATE by leaving same at the dwelling house, or usual place of abode, in the hands of ____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said LIBERTY MUTUAL FIRE INSURANCE COMPANY being absent from the domicile at time of said service.<br>Returned the same day<br>No. ____<br>Deputy Sheriff of ____ |

/ENTERED /
| PAPER | RETURN |
| SERIAL NO. | DEPUTY | PARISH |

ID: 10949261    Page 1 of 2

Civil Code of Procedures
Article 1001

Art. 1001. Delay for answering

    A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

    B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

    C. The court may grant additional time for answering.

Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

ATTORNEY'S NAME:  Wasserman, Gerald D 13253
AND ADDRESS:  3939 N. Causeway Blvd., Suite 200 , Metairie, LA 70002

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2022-05715  DIVISION: C  SECTION: 10

COOK, WALTER

Versus

UNITED PARCEL SERVICE, INC. ETAL ET AL

## CITATION

TO:  LIBERTY MUTUAL FIRE INSURANCE COMPANY
THROUGH:  ITS REGISTERED AGENT FOR SERVICE OF PROCESS: SECRETARY OF STATE
8549 UNITED PLAZA BLVD. , BATON ROUGE , LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

*******COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA July 6, 2022

Clerk's Office, Room 402
Civil Courts Building
421 Loyola Avenue
New Orleans, LA 70112

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Tyme Jones, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| Petition for Damages | Petition for Damages |
| ON LIBERTY MUTUAL FIRE INSURANCE COMPANY | ON LIBERTY MUTUAL FIRE INSURANCE COMPANY |
| THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: SECRETARY OF STATE | THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: SECRETARY OF STATE |
| Returned the same day _____ No. _____ | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said LIBERTY MUTUAL FIRE INSURANCE COMPANY being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ Mileage: $ _____ | Returned the same day _____ No. _____ |
| ____/ ENTERED /____ PAPER   RETURN ____/____/____ SERIAL NO.   DEPUTY   PARISH | Deputy Sheriff of _____ |

ID: 10949261   Page 1 of 2

Civil Code of Procedures
Article 1001

Art. 1001. Delay for answering

A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

C. The court may grant additional time for answering.

Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

| | |
|---|---|
| ATTORNEY'S NAME: | Wasserman, Gerald D 13253 |
| AND ADDRESS: | 3939 N. Causeway Blvd., Suite 200, Metairie, LA 70002 |

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2022-05715 | DIVISION: C | SECTION: 10 |
|---|---|---|

### COOK, WALTER

### Versus

### UNITED PARCEL SERVICE, INC. ETAL ET AL

### CITATION

TO: UNITED PARCEL SERVICE, INC.

THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE, BATON ROUGE, LA 70802

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA July 6, 2022**

| | |
|---|---|
| **Clerk's Office, Room 402** <br> **Civil Courts Building** <br> **421 Loyola Avenue** <br> **New Orleans, LA 70112** | **CHELSEY RICHARD NAPOLEON, Clerk of** <br> **The Civil District Court** <br> **for the Parish of Orleans** <br> **State of LA** <br> by _____ <br> **Tyme Jones, Deputy Clerk** |

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within Petition for Damages ON UNITED PARCEL SERVICE, INC. THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY <br> Returned the same day <br> No. _____ <br> Deputy Sheriff of _____ <br> Mileage: $ _____ <br> / ENTERED / <br> PAPER      RETURN <br> SERIAL NO.   DEPUTY   PARISH | On this _____ day of _____ served a copy of the within Petition for Damages ON UNITED PARCEL SERVICE, INC. THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY <br> by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said UNITED PARCEL SERVICE, INC. being absent from the domicile at time of said service. <br> Returned the same day <br> No. _____ <br> Deputy Sheriff of _____ |

ID: 10949260                    Page 1 of 2

Civil Code of Procedures
Article 1001

Art. 1001. Delay for answering

    A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

    B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

    C. The court may grant additional time for answering.

Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

ATTORNEY'S NAME: Wasserman, Gerald D 13253
AND ADDRESS: 3939 N. Causeway Blvd., Suite 200, Metairie, LA 70002

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2022-05715 | DIVISION: C | SECTION: 10 |
|---|---|---|
| | COOK, WALTER | |

**Versus**

**UNITED PARCEL SERVICE, INC. ETAL ET AL**

### CITATION

TO: UNITED PARCEL SERVICE, INC.

THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY

501 LOUISIANA AVENUE, BATON ROUGE, LA 70802

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA July 6, 2022

| | |
|---|---|
| Clerk's Office, Room 402<br>Civil Courts Building<br>421 Loyola Avenue<br>New Orleans, LA 70112 | CHELSEY RICHARD NAPOLEON, Clerk of<br>The Civil District Court<br>for the Parish of Orleans<br>State of LA<br>by _____<br>Tyme Jones, Deputy Clerk |

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within **Petition for Damages** ON UNITED PARCEL SERVICE, INC. THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY<br><br>Returned the same day No. _____<br>Deputy Sheriff of _____<br>Mileage: $ _____<br>_____ / ENTERED /_____<br>PAPER    RETURN<br>_____ /_____ /_____<br>SERIAL NO.    DEPUTY    PARISH | On this _____ day of _____ served a copy of the within **Petition for Damages** ON UNITED PARCEL SERVICE, INC. THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY<br>by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said UNITED PARCEL SERVICE, INC. being absent from the domicile at time of said service.<br>Returned the same day<br>_____ No. _____<br>Deputy Sheriff of _____ |

ID: 10949260                             Page 1 of 2

Civil Code of Procedures
Article 1001

Art. 1001. Delay for answering

    A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

    B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

    C. The court may grant additional time for answering.

Acts 2021, No. 174, §1, eff. Jan. 1, 2022.